

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Walter B. Saner,                              * From the 220th District
                                               Court of Comanche County,
                                               Trial Court No. CV17313.

Vs. No. 11-14-00199-CV                        * July 21, 2016

BridgeTex Pipeline Company, LLC,              * Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Walter B. Saner.